# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2155
Lower Tribunal No. 2022-CA-000197

_____

MERRILY CUMMINS,

Appellant,

v.

WILLIAM P. SHEA and ANDREA SHEA f/k/a ANDREA COMBRINK,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Jennifer A. Swenson, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.


Derek P. Usman, of The Usman Law Firm, P.A., Tampa, for Appellant.

Stephen Senn and Matthew J. Vaughn, of Peterson & Myers, P.A., Lakeland, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED